**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |
|---|---|
| **IN RE: ZOFRAN (ONDANSETRON)** | ) |
| **PRODUCTS LIABILITY LITIGATION** | ) **MDL No. 1:15-md-2657-FDS** |
|  | ) |
|  | ) |
| **This Document Relates To:** | ) |
|  | ) |
| Meredith Allen, Individually and as Parent and Natural | ) |
| Guardian of L.J, a Minor, | ) |
|  | ) |
|  | ) **SHORT FORM COMPLAINT** |
| **PLAINTIFFS,** | ) **AND JURY DEMAND** |
|  | ) **BRAND ZOFRAN® USE** |
| **v.** | ) |
|  | ) |
| GlaxoSmithKline, LLC | ) |
|  | ) |
|  | ) |
|  | ) |
| **DEFENDANTS.** | ) |

_____

## MASTER SHORT FORM COMPLAINT AND JURY DEMAND
## BRAND ZOFRAN® USE

Plaintiffs incorporate by reference Plaintiffs' Brand Long Form Master Complaint and

Jury Demand filed in _In Re Zofran® Products Liability Litigation_ in the United States District

Court for the District of Massachusetts, filed as No. 255 on the Master Docket. Pursuant to Case

Management Order No.14, the following Brand Short Form Complaint encompasses Plaintiffs'

claims as adopted from the Brand Master Long Form Complaint in the above-captioned action.

Plaintiffs select and indicate by checking boxes where requested, parties and claims

specific to this case. As necessary, Plaintiffs include: (a) additional claims against the

Defendant(s) listed in paragraph 1, which are set forth in paragraph 12, and the supporting facts

for which are alleged in paragraph 13 or on an additional sheet attached to this Complaint, and/or

1

(b) claims pleaded against additional defendants not listed in the Brand Long Form Master Complaint, which are set forth in paragraph 14 and the supporting facts for which are alleged in paragraph 14 or on an additional sheet attached to this Complaint.

Plaintiffs, by and through counsel, allege as follows:

## I.  DEFENDANTS

1. Plaintiffs name the following Defendants in this action **[check only those that apply]**:

☒ **GLAXOSMITHKLINE LLC**

☐ **NOVARTIS PHARMACEUTICALS CORPORATION (FOR CLAIMS ARISING FROM ZOFRAN® INGESTION ON OR AFTER MARCH 23, 2015)**

## II.  PLAINTIFFS

2. Plaintiffs are bringing these claims:

☒ **Individually and on behalf of the minor child; or**

☐ **On behalf of the minor child only**

due to injuries caused by prenatal exposure to brand Zofran®, as described in greater detail below.

3. Plaintiff, _Meredith Allen_, is the **[check all that apply]**:

☒ biological mother

☐ biological father

☐ legal guardian

☐ personal representative of the Estate

of minor child _L.J._, (initials only) and is an individual who is domiciled at _618 Citrus Wood Lane, Valrico, FL 33594_.

2

4. Plaintiff,_____, is the **[check all that apply]**:

    ☐ biological mother

    ☐ biological father

    ☐ legal guardian

    ☐ personal representative of the Estate

of minor child _____L.J.____, (initials only) and is an individual who is domiciled

at _618 Citrus Wood Lane, Valrico, FL 33594_____.

    5.    Minor child __L.J.__ (initials only) was born in 2005    (year only) in  Florida

(state of birth).

## III.   <u>ZOFRAN® INGESTION</u>

    6.    Mother of minor child ingested <u>Zofran®</u> during pregnancy with minor child

during the following trimester(s) **[check all that apply]**:

    ☒ **1ST TRIMESTER**

    ☐ **2ND TRIMESTER**

    ☐ **3RD TRIMESTER**

## IV.   <u>PRODUCT IDENTIFICATION</u>

    7.    Plaintiffs allege use of the following form(s) of administration of <u>Zofran®</u>

**[check all that apply]**:

    ☒ **ORAL TABLETS**

    ☐ **ORALLY DISINTEGRATING TABLET**

    ☐ **INJECTABLE OR I.V. SOLUTION**

    ☐ **ORAL SOLUTION**

    ☐ **OTHER:** _____

8.      Plaintiffs allege that Zofran® was ingested in the following state(s):

Florida _____ .

9.      [Complete only for Complaints directly filed in the MDL Court.] Identify the U.S.

federal district court and if applicable, the division, in which Plaintiff would have filed in the

absence of an MDL: _____

## V.      PHYSICAL INJURY

10.      Minor child alleges the following injury(ies) as a result of prenatal exposure to

Zofran® [specify all that apply]:

L.J. was diagnosed with an Atrial Septal Defect and Partial Anomalous Pulmonary Venous
Return. L.J. will require future medical treatment and monitoring. L.J. is entitled to past and future
economic and non-economic damages including, but not limited to, medical expenses, lost
earnings and earning capacity, disfigurement, permanent injury, pain and suffering, loss of
enjoyment of life and emotional distress.

11.      Plaintiffs allege the following injury(ies) to themselves as a result of minor child's

prenatal exposure to Zofran® [specify all that apply]:

Plaintiff Meredith Jones has been deprived of the society, love, affection, companionship,
earnings, care and services of her child, L.J. and is entitled to recovery for said loss. Plaintiff has
sustained severe emotional distress and suffering as a result of GSK's wrongful conduct and the
injuries to her child. Plaintiff has suffered permanent harm including severe and continuing pain
and suffering, mental anguish, and diminished enjoyment of life. L.J. suffers from birth defects
that are severe and will require future medical monitoring and treatment. L.J. will require more
future medical monitoring and treatment than if L.J. had not been exposed to Ondansetron.
Plaintiff is entitled to the reasonable value of the Plaintiff's care or nursing care both in the past
and in the future which is rendered by the Plaintiff or others to L.J. as a result of L.J. 's injuries.
Plaintiff has suffered economic injury such as past and future expenses for medical care, nursing
care, health, incidental and related expenses, and other economic and non-economic damages that
are ongoing.

VI.    **CLAIMS/COUNTS**

12.    The following claims asserted in the Brand Master Long Form Complaint, and the allegations with regard thereto in the Brand Master Long Form Complaint, are adopted in this Short Form Complaint by reference:

| Check if Applicable | Count Number | Claims |
|---|---|---|
| ■ | I | Negligence |
| ■ | II | Negligent Misrepresentation |
| ■ | III | Negligent Undertaking |
| ■ | IV | Negligence Per Se |
| ■ | V | Failure to Warn – Strict Liability |
| ■ | VI | Breach of Express Warranty |
| ■ | VII | Breach of Implied Warranties |
| ■ | VIII | Fraudulent Misrepresentation and Concealment |
| ■ | IX | Violations of Consumer Protection Laws [Specify the laws allegedly violated:] |
| ☐ | X | Wrongful Death |
| ☐ | XI | Survival Action |
| ☐ | XII | Loss of Consortium |
| ■ | XIII | Punitive Damages |
| ☐ | XIV | Other(s): [Specify] |

13.     If additional claims against the Defendants identified in the Brand Master Long Form Complaint are alleged in paragraph 12, the facts supporting these allegations must be pleaded. Plaintiffs assert the following factual allegations against the Defendants identified in the Brand Master Long Form Complaint:

14.     Plaintiffs assert the following additional claims and factual allegations against
other Defendants (must name defendant and its alleged citizenship):

**WHEREFORE,** Plaintiffs pray for relief as set forth in the Plaintiffs' Brand Master Long Form Complaint in *In Re Zofran® Products Liability Litigation* in the United States District Court for the District of Massachusetts.

Dated: <u>5/29/2020</u>                                    /s/ Thomas A. Ayala
                                                                    *Attorney for Plaintiffs*

                                                                    M. Elizabeth Graham
                                                                    Thomas V. Ayala
                                                                    Stephanie S. Riley
                                                                    123 Justison Street
                                                                    Wilmington, DE 19801
                                                                    Tel: (302) 622-7000
                                                                    Fax: (302) 622-7100
                                                                    tayala@gelaw.com